THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Shemika Jones, Aaron Robinson, Marvin Etheridge, Samuel Harmon and John 
 Doe and, Alexander A. Jones, Marvina C. Jones, and Tyrisha Iqua Jones,       
Defendants,
of whom Shemika Jones is,       
Appellant.
 
 
 

Appeal From Richland County
Leslie K. Riddle, Family Court Judge

Unpublished Opinion No. 2003-UP-678
Submitted September 17, 2003  Filed 
 November 18, 2003

AFFIRMED

 
 
 
Lawrence S. Kerr, of Columbia, for Appellant. 
Charlie Blake Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM:  Shemika Jones appeals the termination 
 of her parental rights to her minor children.  The family court found Jones 
 had failed to support the children.  S.C. Code Ann. § 20-7-1572(4) (Supp. 2001).  
 The family court also found it to be in the childs best interests to terminate 
 Jones parental rights and place the children for adoption.
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Jones counsel attached to the record of the family court 
 proceedings an affidavit stating his belief that the appeal lacks merit.  Jones 
 did not file a pro se response to counsels affidavit.
Upon reviewing the record and the family courts determination 
 in its entirety, we find no meritorious issues warranting briefing.  Accordingly, 
 the family courts decision is 
AFFIRMED. 
 [1] 
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.